# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ROBINSON MANUEL           :
VALENTIN CONTRERAS,

                           :

       **Petitioner,**            :          **CIVIL ACTION NO. 3:26-1284**

                           :

       **v.**                    :            **(JUDGE MANNION)**

                           :

**CRAIG LOWE,** *et al.,*

                           :

       **Respondents.**

                           :

## O R D E R

Presently before the Court is Robinson Manuel Valentin Contreras's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (**Doc. 1**). For the reasons stated in the Court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED** insofar as it requests a bond hearing. Accordingly, the Government is **ORDERED** to provide Petitioner with a bond hearing pursuant to 8 U.S.C. §1226 within fourteen days of this order.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 6, 2026**
26-1284-01-ORDER